

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00238-CR

Ricardo **PEDRAZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRR107-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On December 12, 2013, we abated this cause to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). A supplemental clerk's record and a supplemental reporter's record of the abandonment hearing have been filed. The trial court found that appellant is indigent and desires to pursue his appeal. The court further found that attorney Fausto Sosa is currently representing appellant and has not abandoned the appeal.

Accordingly, we REINSTATE this appeal on the docket of this court.

Appellant's brief is due 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court